XAVIER BECERRA
Attorney General of California
GLENN R. PRUDEN
Supervising Deputy Attorney General
MICHELE J. SWANSON
Deputy Attorney General
State Bar No. 191193
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5703
Fax: (415) 703-1234
E-mail: Michele.Swanson@doj.ca.gov
*Attorneys for Respondent*

ROGER I. TEICH
State Bar No. 147076
290 Nevada Street
San Francisco, CA 94110
Telephone: (415) 948-0045
E-mail: rteich@juno.com

DAVID A. NICKERSON
State Bar No. 111885
32 Bridgegate Drive
San Rafael, CA 94903
Telephone: (415) 507-9097
E-mail: nickersonlaw@comcast.net
*Attorneys for Petitioner*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **DARREN CORNELIUS STANLEY,**<br>Petitioner,<br>**v.**<br>**RON DAVIS, Warden, California State Prison at San Quentin,**<br>Respondent. | C 07-4727 EMC [Related to C 14-4108 EMC]<br>**DEATH PENALTY CASE**<br>**STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE AND HEARING ON PENDING MOTIONS** |

Whereas, the Court recently reset the hearing on Respondent's motion to dismiss finalized petition for writ of habeas corpus for failure to exhaust state court remedies (Doc. 260), Petitioner's renewed motion for equitable remedy (Docs. 226, 262), and Petitioner's renewed motion for sanctions (Docs. 228, 262), from February 7, 2017 to February 14, 2017, at 2:30 p.m. Doc. 264.

Whereas, Respondent's oppositions to Petitioner's motions are currently due by February 1, 2017, and Petitioner's replies are due two days later, by February 3, 2017. Doc. 262.

Whereas, in light of the vacated February 7 hearing date, Petitioner's counsel wish to be afforded the usual seven days to file their replies under Civil Local Rule 7-3(c).

Whereas, Petitioner's counsel will be out of town during the weeks of February 13-27, 2017.

Pursuant to Civil Local Rules 6-2 and 7-12, the parties hereby stipulate to this revised briefing schedule and hearing for the pending motions:

**February 8, 2017**: Petitioner's reply briefs to Respondent's oppositions to Petitioner's renewed motions shall be due, and,

**February 28, 2017 at 2:30 p.m.**: Court hearing on the pending motions.

**IT IS SO STIPULATED.**

Dated: January 30, 2017

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
GLENN R. PRUDEN
Supervising Deputy Attorney General

/s/
MICHELE J. SWANSON
Deputy Attorney General
*Attorneys for Respondent*

Dated: January 30, 2017

Respectfully submitted,

/s/
ROGER I. TEICH
DAVID A. NICKERSON
*Attorneys for Petitioner*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February 2, 2017




EDW
Unite